AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __COLUMBIA__

**SEALED**

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

05 - 0 5 0 1M - 01.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **David Hossein Safavian**

CASE NUMBER:

**FILED**

SEP 19 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

and bring him forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

False statements and obstruction of agency proceedings

in violation of Title __18__ United States Code, Sections __1001 and 1505__.

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE
_____
Title of Issuing Officer

SEP 16 2005   District of Columbia
Date and Location

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _REPORTING_ |

| DATE RECEIVED 09/19/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 09/19/05 | DUSM BRETT STEVENSON | _[signature]_ |